**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK   10007

Roseann B. MacKechnie
CLERK

FILED
2005 OCT 12 P 2: 16
U.S. [DISTRICT COURT]
NEW HAVEN, CT

Date:                   10/3/05
Docket Number:          03-1148-cr
Short Title:            USA v. Santiago
DC Docket Number:       02-CR-162
DC:
DC Judge:               Underhill, Stefan R.

Dear clerk's office

An order has been entered by this court recalling and staying the mandate reissuance of the mandate of this court in the above-entitled case.

The mandate was issued to your office on 6/27/05

Please return the mandate to me so that I may hold it pursuant to the court's order.

I enclosed herein a certified copy of the above-mentioned order for your files.

Very truly yours,

Roseann B. MacKechnie, Clerk

By: *[signature]*
Ralph Obas
Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 03-1148

Caption [use short title]: USA v. Santiago

Motion for: recall of mandate

Set forth below precise, complete statement of relief sought:
Appellant seeks recall of mandate because request for resentencing had been made

MOVING PARTY: Hector Santiago
☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: USA

MOVING ATTORNEY: David Samel
[name of attorney, with firm, address, phone number and e-mail]
150 Broadway - 20th Flr.
New York, NY 10038
(212) 587-9690
Davesam54@aol.com

OPPOSING ATTORNEY [Name]: U.S. Attorney
157 Church Street
New Haven, CT 06510

Court-Judge/Agency appealed from: USDJ Underhill

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☐ Yes   ☒ No
B. been obtained?   ☐ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☐ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: /s/ Samel    Date: 9/20/05

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/ Ralph [illegible]
DEPUTY CLERK
Has service been effected?   ☒ Yes   ☐ No

## ORDER

Before: Hon. Thomas J. Meskill, Hon. Roger J. Miner, Hon. Robert D. Sack, *Circuit Judge*

IT IS HEREBY ORDERED that the appellant's motion to recall the mandate and remand the case for resentencing under *Booker* is GRANTED.

Date: OCT 3 2005

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by /s/ Tracy W. Young
Tracy W. Young
Motions Staff Attorney