# DAVID SAMEL
Attorney at Law
150 Broadway - 20th Flr.
New York, NY 10038

Tel. (212) 587-9690
Fax (914) 587-9673

FILED

2005 NOV 18  A 10: 39

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

November 16, 2005

Hon. Stefan R. Underhill
United States District Court
915 Lafayette Blvd.
Bridgeport, CT 06604

Attn:  Alice Montz

Re:  U.S. v. Santiago, 3:02 CR 162 (SRU)

Dear Ms. Montz:

    I am counsel for the defendant in the above-referenced case. Pursuant to the Court's scheduling order of October 19, 2005, I have until November 18 to file written papers regarding the defendant's application for re-sentencing. I am writing to request an extension until November 28, 2005 to file the submission. Because of uncertainty regarding whether or not I would represent the defendant on the remand, my office did not receive the Scheduling Order until November 3. I immediately notified my client by mail, and prepared a draft of my submission which I intended to timely file. However, my client has asked for some additional time to give me his input. Ordinarily, I would ask for seven days' extension, but since I plan to be away for the Thanksgiving weekend, I would ask that I be allowed to submit a memorandum postmarked by November 28.

    I have contacted Mr. Spector of the United States Attorney's Office and he has no objection to this application. Thank you very much for your consideration of this application.

Very truly yours,

DAVID M. SAMEL
DMS 7277

cc:  United States Attorney's Office
     450 Main Street
     Hartford, CT 06103