*(handwritten, top right)* CONN/NHct
02-CR-162
ORIGIN'' Underhill

# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Caption [use short title]

Docket Number(s): 03-1148

USA v. Santiago

Motion for: recall of mandate

*(stamp)* UNITED STATES COURT OF APPEALS FILED SEP 20 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

Set forth below precise, complete statement of relief sought:
Appellant seeks recall of mandate
because request for resentencing
had been made

MOVING PARTY: Hector Santiago

OPPOSING PARTY: USA

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: David Samel
[name of attorney, with firm, address, phone number and e-mail]
150 Broadway - 20th Flr.
New York, NY 10038
(212) 587-9690
Davesam54@aol.com

OPPOSING ATTORNEY [Name]: U.S. Attorney
[name of attorney, with firm, address, phone number and e-mail]
157 Church Street
New Haven, CT 06510

Court-Judge/Agency appealed from: USDJ Underhill

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☐ Yes   ☒ No
B. been obtained?   ☐ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☐ No
If yes, enter date

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☐ No

Has this relief been previously sought in this Court?   ☐ Yes   ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney: *Samel*   Date: 9/20/05   Has service been effected?   ☐ Yes   ☐ No

### CORRECTED ORDER

Before: Hon. Thomas J. Meskill, Hon. Roger J. Miner, Hon. Robert A. Katzmann, *Circuit Judges*

IT IS HEREBY ORDERED that the appellant's motion to recall the mandate and remand the case for resentencing under *Booker* is GRANTED.

*(stamp)* UNITED STATES COURT OF APPEALS FILED OCT 3 2005 Roseann B. MacKechnie, CLERK SECOND CIRCUIT

Date

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by *Tracy W. Young*
Tracy W. Young
Motions Staff Attorney

*(vertical stamp, right margin)* A TRUE COPY Roseann B. MacKechnie, CLERK

9-22-06

ISSUED AS MANDATE: