UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
2007 MAY -7 P 3:23
DISTRICT COURT

HECTOR SANTIAGO,
    Petitioner,

CIVIL ACTION NO.

3:06 cv 1969(SRU)
3:02 cr 162(SRU)

v.

UNITED STATES OF AMERICA,
    Respondent,

------------------------------X

## NOTICE OF APPEAL

**COMES NOW**, Hector Santiago (hereinafter petitioner), filing as a pro se litigant requesting that this Honorable Court accept this filing as official notice of my intent to file an appeal in the above captioned case numbers.

Petitioner is appealing the the order enter by the Honorable Stefan R. Underhill (U.S.D.J.) on April 24, 2007. The Order being appealed was entered in the United States District Court of Connecticut.

I declared under the penalty of perjury that the foregone is true and correct.

Respectfully submitted,

/s/ Hector Santiago
Hector Santiago
Fed. Reg. No. 14712-014
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963

## CERTIFICATE OF SERVICE

I, Hector Santiago, hereby certify that I have served a true and correct copy of the following:

Notice of Appeal.

Which is deemed filed at the time it was delivered to prison authorities for forwarding, <u>Houston v. Lack</u>, 101 L. Ed.2d 245 (1988), upon petitioner placing same in a sealed, postage prepaid envelope addressed to:

Clerk of U.S.C.A. 2d Cir. Pro se(3-Copies)
40 Centre St.
NY, NY 10007

Clerk U.S.D.C.(1-Copy)
915 Lafayette Blvd.
Bridgeport, CT 06604

and deposited same in the United States Postal Mail at the Federal Correctional Institution at Otisville, New York on this <u>2nd</u> day of <u>May</u>, 2007.

Respectfully submitted,

/s/ Hector Santiago
Hector Santiago
Fed. Reg. No. 14712-014
F.C.I. Otisville
P.O. Box 1000
Otisville, NY 10963
Filing Status: Pro Se

2

AO240 (Rev. 1/94)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

HECTOR SANTIAGO

    Plaintiff

v.

UNITED STATES OF AMERICA

    Defendant

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 3:06 cv 1969(SRU)
                        3:02 cr 162(SRU)

I, HECTOR SANTIAGO _____, declare that I am the (check appropriate box)
    ☒ Petioner/plaintiff/movant      ☐ Other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or give securit therefore; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I inten to present on appeal are briefly stated as follows:

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  F.C.I.   OTISVILLE; NEW YORK 10963

   Are you employed at the institution? __YES__ Do you receive any payment from the Institution? YES

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s of your incarceration showing at lest the past six months' transactions. YES.

2. Are you presently employed?    ☒ Yes    ☐ No

   a. If the answer is "yes," state the amount of your take home salary or wages and pay period and give the name and address of your employer. $35.00 PER MO. FEDERAL BUREAU OF PRISONS (INMATE HVAC DEPT.). FCI OTISVILLE; POB 1000; OTISVILLE, NY 10963.

   b. If the answer is "no," state the date of last employment and the amount of your take home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other of self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☐ | ☒ |

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expe you will continue to receive. FAMILY MEMBERS APPROX. $500.00-600.00 PER YEAR.

AO 240 (1/94)

4. Do you have any cash or checking or savings account?    ☐ Yes    ☒ No

   If "Yes" state the total amount N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. MOTHER-FELICIDAD SANTANA & FATHER HECTOR SANTIAGO, SR APPROX. $6.00 PER MONTH, EACH.

I declare under penalty of perjury that the above information is true and correct.

May 02, 2007
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her cred at (name of institution) _____

I further certify that the applicant has the following securities to his/her credit _____

_____. I further certify that the past six months the applicant's averag balance was _____.

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

## All Transactions

| Inmate Reg #: | 14712911 | Current Institution: | Otisville FCI |
| Inmate Name: | SANTIAGO HECTOR | Housing Unit: | OTV-E-A |
| Report Date: | 05/02/2007 | Living Quarters: | E04-408L |
| Report Time: | 9:43:50 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 12/23/2006 1:54:39 PM | AMService | Phone Withdrawal | ($3.00) | ITS1223 | | $2.29 |
| 12/22/2006 7:12:04 AM | OTV3100 | Sales | ($2.00) | 27 | | $5.29 |
| 12/21/2006 9:44:30 PM | AMService | Phone Withdrawal | ($2.00) | ITS1221 | | $7.29 |
| 12/21/2006 11:09:52 AM | OTV3400 | Sales | ($3.30) | 10 | | $9.29 |
| 12/19/2006 8:22:30 PM | AMService | Phone Withdrawal | ($4.00) | ITS1219 | | $12.59 |
| 12/19/2006 5:47:53 PM | AMService | Phone Withdrawal | ($4.00) | ITS1219 | | $16.59 |
| 12/19/2006 3:14:50 PM | AMSERVICE | Western Union | $20.00 | 33305707 | | $20.59 |
| 12/16/2006 12:05:09 PM | AMService | Phone Withdrawal | ($1.00) | ITS1216 | | $0.59 |
| 12/11/2006 6:41:51 PM | OTV3915 | Sales | ($41.70) | 115 | | $1.59 |
| 12/11/2006 8:01:10 AM | OTV0002 | Payroll - IPP | $23.86 | GIPP1106 | | $43.29 |
| 12/10/2006 5:53:17 PM | OTV3900 | Sales | ($0.87) | 108 | | $19.43 |
| 12/9/2006 1:47:01 PM | AMService | Phone Withdrawal | ($1.00) | ITS1209 | | $20.30 |
| 12/8/2006 6:20:45 PM | AMService | Phone Withdrawal | ($4.00) | ITS1208 | | $21.30 |
| 12/7/2006 5:41:35 PM | AMService | Phone Withdrawal | ($2.00) | ITS1207 | | $25.30 |
| 12/6/2006 11:18:37 PM | AMService | Phone Withdrawal | ($3.00) | ITS1206 | | $27.30 |
| 12/6/2006 5:30:20 PM | AMService | Phone Withdrawal | ($2.00) | ITS1206 | | $30.30 |
| 12/5/2006 7:24:21 PM | AMService | Phone Withdrawal | ($1.00) | ITS1205 | | $32.30 |
| 12/5/2006 5:27:57 PM | AMService | Phone Withdrawal | ($4.00) | ITS1205 | | $33.30 |
| 12/4/2006 8:05:25 PM | AMService | Phone Withdrawal | ($2.00) | ITS1204 | | $37.30 |
| 12/4/2006 5:18:58 PM | OTV3910 | Sales | ($21.60) | 37 | | $39.30 |
| 12/4/2006 5:36:37 AM | AMSERVICE | Lockbox - CD | $30.00 | 70171803 | | $60.90 |
| 12/3/2006 7:00:57 PM | AMService | Phone Withdrawal | ($3.00) | ITS1203 | | $30.90 |
| 12/3/2006 5:36:11 PM | OTV3900 | Sales | ($1.83) | 88 | | $33.90 |
| 12/1/2006 6:31:48 PM | AMService | Phone Withdrawal | ($5.00) | ITS1201 | | $35.73 |
| 12/1/2006 2:15:40 PM | AMSERVICE | Western Union | $40.00 | 33304507 | | $40.73 |
| 11/26/2006 3:01:02 PM | AMService | Phone Withdrawal | ($2.00) | ITS1126 | | $0.73 |
| 11/25/2006 8:18:19 PM | AMService | Phone Withdrawal | ($2.00) | ITS1125 | | $2.73 |
| 11/23/2006 4:52:14 PM | AMService | Phone Withdrawal | ($8.00) | ITS1123 | | $4.73 |
| 11/21/2006 5:52:02 PM | AMService | Phone Withdrawal | ($3.00) | ITS1121 | | $12.73 |
| 11/21/2006 11:51:39 AM | OTV3910 | Sales | ($3.00) | 20 | | $15.73 |
| 11/20/2006 7:59:13 PM | AMService | Phone Withdrawal | ($3.00) | ITS1120 | | $18.73 |
| 11/20/2006 5:05:48 PM | OTV3915 | Sales | ($18.70) | 75 | | $21.73 |
| 11/17/2006 6:19:27 PM | AMService | Phone Withdrawal | ($3.00) | ITS1117 | | $40.43 |
| 11/17/2006 11:26:12 AM | OTV3400 | Sales | ($2.70) | 21 | | $43.43 |
| 11/15/2006 9:43:37 PM | AMService | Phone Withdrawal | ($3.00) | ITS1115 | | $46.13 |
| 11/14/2006 6:55:56 AM | OTV3100 | Sales | ($4.00) | 19 | | $49.13 |
| 11/13/2006 5:25:30 PM | OTV3910 | Sales | ($43.10) | 17 | | $53.13 |
| 11/13/2006 8:30:08 AM | OTV0002 | Payroll - IPP | $25.23 | GIPP1006 | | $96.23 |
| 11/12/2006 10:55:26 PM | AMService | Phone Withdrawal | ($4.00) | ITS1112 | | $71.00 |
| 11/12/2006 5:44:20 PM | OTV3900 | Sales | ($1.68) | 62 | | $75.00 |
| 11/12/2006 5:28:09 AM | AMSERVICE | Lockbox - CD | $40.00 | 70170402 | | $76.68 |
| 11/10/2006 4:37:01 PM | AMService | Phone Withdrawal | ($2.00) | ITS1110 | | $36.68 |
| 11/9/2006 4:39:48 PM | AMService | Phone Withdrawal | ($8.00) | ITS1109 | | $38.68 |
| 11/8/2006 7:58:42 PM | AMService | Phone Withdrawal | ($3.00) | ITS1108 | | $46.68 |
| 11/8/2006 4:38:17 PM | AMService | Phone Withdrawal | ($3.00) | ITS1108 | | $49.68 |
| 11/6/2006 5:06:29 PM | OTV3910 | Sales | ($14.35) | 4 | | $52.68 |
| 11/6/2006 4:41:37 PM | AMService | Phone Withdrawal | ($3.00) | ITS1106 | | $67.03 |
| 11/5/2006 8:13:52 PM | AMSERVICE | Western Union | $70.00 | 33302607 | | $70.03 |
| 10/31/2006 4:34:33 PM | AMService | Phone Withdrawal | ($3.00) | ITS1031 | | $0.03 |
| 10/30/2006 4:56:59 PM | OTV3915 | Sales | ($10.05) | 68 | | $3.03 |

1 2 3 4 5

## All Transactions



| | |
|---|---|
| Inmate Reg #: | 11712011 |
| Inmate Name: | SANTIAGO HECTOR |
| Report Date: | 05/02/2007 |
| Report Time: | 9:43:12 AM |
| Current Institution: | Otisville FCI |
| Housing Unit: | OTV-J-A |
| Living Quarters: | L04-108L |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/13/2007 8:24:09 PM | AMService | Phone Withdrawal | ($3.00) | ITS0213 | | $24.41 |
| 2/13/2007 5:39:25 PM | OTV3400 | Sales | ($69.30) | 13 | | $27.41 |
| 2/12/2007 2:13:36 PM | OTV3810 | Payroll - IPP | $33.86 | GIPP0107 | | $96.71 |
| 2/11/2007 5:30:26 PM | AMService | Phone Withdrawal | ($4.00) | ITS0211 | | $62.85 |
| 2/11/2007 4:30:50 PM | AMService | Phone Withdrawal | ($4.00) | ITS0211 | | $66.85 |
| 2/11/2007 5:42:08 AM | AMSERVICE | Lockbox - CD | $40.00 | 70176502 | | $70.85 |
| 2/7/2007 7:11:14 PM | AMService | Phone Withdrawal | ($2.00) | ITS0207 | | $30.85 |
| 2/6/2007 6:02:39 PM | OTV3915 | Sales | ($11.65) | 58 | | $32.85 |
| 2/5/2007 7:39:27 PM | AMService | Phone Withdrawal | ($3.00) | ITS0205 | | $44.50 |
| 2/4/2007 5:47:02 PM | OTV3900 | Sales | ($1.00) | 92 | | $47.50 |
| 2/4/2007 11:49:19 AM | OTV3900 | Sales | ($1.68) | 26 | | $48.50 |
| 2/3/2007 1:24:42 PM | AMService | Phone Withdrawal | ($7.00) | ITS0203 | | $50.18 |
| 2/2/2007 10:49:49 PM | AMService | Phone Withdrawal | ($3.00) | ITS0202 | | $57.18 |
| 2/2/2007 7:28:26 PM | AMSERVICE | Western Union | $60.00 | 33309007 | | $60.18 |
| 2/2/2007 4:31:44 PM | AMService | Phone Withdrawal | ($3.00) | ITS0202 | | $0.18 |
| 1/30/2007 8:14:03 PM | AMService | Phone Withdrawal | ($3.00) | ITS0130 | | $3.18 |
| 1/30/2007 7:07:04 AM | OTV3100 | Sales | ($10.50) | 27 | | $6.18 |
| 1/29/2007 4:59:43 PM | AMService | Phone Withdrawal | ($4.00) | ITS0129 | | $16.68 |
| 1/28/2007 7:13:54 PM | AMSERVICE | Western Union | $20.00 | 33308607 | | $20.68 |
| 1/26/2007 5:08:53 PM | AMService | Phone Withdrawal | ($1.00) | ITS0126 | | $0.68 |
| 1/23/2007 5:04:34 PM | AMService | Phone Withdrawal | ($2.00) | ITS0123 | | $1.68 |
| 1/20/2007 3:01:36 PM | AMService | Phone Withdrawal | ($2.00) | ITS0120 | | $3.68 |
| 1/19/2007 7:17:22 PM | AMService | Phone Withdrawal | ($4.00) | ITS0119 | | $5.68 |
| 1/19/2007 12:38:02 PM | OTV3915 | Sales | ($3.00) | 30 | | $9.68 |
| 1/17/2007 4:59:11 PM | AMService | Phone Withdrawal | ($3.00) | ITS0117 | | $12.68 |
| 1/16/2007 6:26:26 PM | OTV3910 | Sales | ($0.84) | 107 | | $15.68 |
| 1/16/2007 6:25:02 PM | OTV3910 | Sales | ($27.90) | 106 | | $16.52 |
| 1/14/2007 11:38:13 AM | AMService | Phone Withdrawal | ($6.00) | ITS0114 | | $44.42 |
| 1/10/2007 4:57:37 PM | AMService | Phone Withdrawal | ($4.00) | ITS0110 | | $50.42 |
| 1/10/2007 9:49:10 AM | OTV3810 | Payroll - IPP | $34.03 | GIPP1206 | | $54.42 |
| 1/8/2007 4:49:26 PM | AMService | Phone Withdrawal | ($2.00) | ITS0108 | | $20.39 |
| 1/7/2007 7:03:40 PM | AMService | Phone Withdrawal | ($4.00) | ITS0107 | | $22.39 |
| 1/6/2007 9:51:52 PM | AMService | Phone Withdrawal | ($4.00) | ITS0106 | | $26.39 |
| 1/5/2007 5:41:02 PM | AMService | Phone Withdrawal | ($8.00) | ITS0105 | | $30.39 |
| 1/5/2007 11:57:59 AM | OTV3915 | Sales | ($24.25) | 31 | | $38.39 |
| 1/4/2007 9:36:40 PM | AMService | Phone Withdrawal | ($2.00) | ITS0104 | | $62.64 |
| 1/4/2007 5:26:27 PM | AMService | Phone Withdrawal | ($6.00) | ITS0104 | | $64.64 |
| 1/4/2007 5:16:51 PM | AMSERVICE | Western Union | $70.00 | 33306907 | | $70.64 |
| 1/3/2007 4:30:39 PM | AMService | Phone Withdrawal | ($1.00) | ITS0103 | | $0.64 |
| 1/1/2007 6:04:00 PM | AMService | Phone Withdrawal | ($1.00) | ITS0101 | | $1.64 |
| 12/30/2006 8:36:41 PM | AMService | Phone Withdrawal | ($10.00) | ITS1230 | | $2.64 |
| 12/29/2006 4:30:48 PM | AMService | Phone Withdrawal | ($8.00) | ITS1229 | | $12.64 |
| 12/29/2006 11:56:38 AM | OTV3910 | Sales | ($6.65) | 51 | | $20.64 |
| 12/29/2006 9:56:11 AM | OTV3678 | Inmate Co-pay | ($2.00) | GICP1206 | | $27.29 |
| 12/27/2006 4:38:06 PM | AMService | Phone Withdrawal | ($2.00) | ITS1227 | | $29.29 |
| 12/26/2006 4:38:38 PM | AMService | Phone Withdrawal | ($3.00) | ITS1226 | | $31.29 |
| 12/25/2006 8:22:52 PM | AMService | Phone Withdrawal | ($3.00) | ITS1225 | | $34.29 |
| 12/25/2006 5:20:10 PM | AMService | Phone Withdrawal | ($5.00) | ITS1225 | | $37.29 |
| 12/24/2006 1:17:13 PM | AMService | Phone Withdrawal | ($10.00) | ITS1224 | | $42.29 |
| 12/24/2006 5:52:59 AM | AMSERVICE | Lockbox - CD | $50.00 | 70173302 | | $52.29 |

1 2 3 4 5

## Deposits



| Inmate Reg #: | 14712014 | Current Institution: | Otisville FCI |
| Inmate Name: | SANTIAGO, HECTOR | Housing Unit: | OTV-1-A |
| Report Date: | 05/02/2007 | Living Quarters: | F04-408L |
| Report Time: | 9:13:31 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 5/2/2007 6:57:39 AM | OTV3100 | Sales | ($9.10) | 19 | | $1.21 |
| 4/30/2007 8:29:34 PM | AMService | Phone Withdrawal | ($2.00) | ITS0430 | | $10.31 |
| 4/25/2007 8:27:38 PM | AMService | Phone Withdrawal | ($4.00) | ITS0425 | | $12.31 |
| 4/25/2007 5:14:26 PM | OTV3915 | Sales | ($24.25) | 79 | | $16.31 |
| 4/24/2007 10:54:47 AM | AMSERVICE | Lockbox - CD | $40.00 | 70181501 | | $40.56 |
| 4/18/2007 5:17:14 PM | AMService | Phone Withdrawal | ($2.00) | ITS0418 | | $0.56 |
| 4/18/2007 6:56:39 AM | OTV3100 | Sales | ($2.20) | 19 | | $2.56 |
| 4/11/2007 6:00:18 PM | OTV3900 | Sales | ($1.17) | 68 | | $4.76 |
| 4/11/2007 11:57:22 AM | OTV3400 | Sales | ($45.45) | 32 | | $5.93 |
| 4/11/2007 11:57:22 AM | OTV3400 | SPO - Released | $14.30 | 395 | | |
| 4/10/2007 1:49:28 PM | OTV3810 | Payroll - IPP | $33.99 | GIPP0307 | | $51.38 |
| 4/8/2007 2:33:22 PM | AMService | Phone Withdrawal | ($4.00) | ITS0408 | | $17.39 |
| 4/4/2007 12:52:43 PM | OTV3915 | Sales | ($53.15) | 75 | | $21.39 |
| 4/3/2007 9:32:38 PM | AMService | Phone Withdrawal | ($4.00) | ITS0403 | | $74.54 |
| 4/3/2007 3:15:53 PM | AMSERVICE | Western Union | $50.00 | 33313207 | | $78.54 |
| 4/1/2007 2:09:13 PM | AMService | Phone Withdrawal | ($4.00) | ITS0401 | | $28.54 |
| 4/1/2007 12:10:06 AM | AMSERVICE | Inmate Co-pay | ($2.00) | GICD0307 | | $32.54 |
| 4/1/2007 12:10:06 AM | AMSERVICE | Debt Encumbrance - Released | $1.76 | GICD0307 - 444 | | |
| 4/1/2007 12:10:06 AM | AMSERVICE | Debt Encumbrance - Released | $0.24 | GICD0307 - 437 | | |
| 3/31/2007 5:42:36 AM | AMSERVICE | Debt Encumbrance | ($1.76) | GICD0307 - 444 | | |
| 3/31/2007 5:42:36 AM | AMSERVICE | Lockbox - CD | $20.00 | 70179901 | | $34.54 |
| 3/27/2007 9:17:15 AM | OTV3678 | Debt Encumbrance | ($0.24) | GICD0307 - 437 | | |
| 3/20/2007 6:01:35 PM | OTV3910 | Sales | ($14.75) | 104 | | $14.54 |
| 3/15/2007 3:22:15 PM | OTV3400 | SPO | ($14.30) | 395 | | $29.29 |
| 3/14/2007 11:57:19 AM | OTV3900 | Sales | ($2.52) | 21 | | $31.81 |
| 3/14/2007 11:55:32 AM | OTV3900 | Sales | ($2.00) | 19 | | $33.81 |
| 3/13/2007 7:06:37 PM | AMService | Phone Withdrawal | ($7.00) | ITS0313 | | $40.81 |
| 3/13/2007 11:39:18 AM | OTV3915 | Sales | ($36.35) | 17 | | $77.16 |
| 3/12/2007 4:58:42 PM | AMService | Phone Withdrawal | ($1.00) | ITS0312 | | $78.16 |
| 3/12/2007 12:38:44 PM | OTV3810 | Payroll - IPP | $57.25 | GIPP0207 | | |
| 3/10/2007 12:26:10 PM | AMService | Phone Withdrawal | ($3.00) | ITS0310 | | $20.91 |
| 3/9/2007 11:44:55 AM | OTV7511 | Sales | ($4.95) | 43 | | $23.91 |
| 3/6/2007 11:31:06 AM | OTV3915 | Sales | ($46.90) | 12 | | $28.86 |
| 3/5/2007 7:23:45 PM | AMService | Phone Withdrawal | ($7.00) | ITS0305 | | $75.76 |
| 3/5/2007 5:42:43 AM | AMSERVICE | Lockbox - CD | $40.00 | 70177903 | | $82.76 |
| 3/3/2007 5:21:16 PM | AMService | Phone Withdrawal | ($3.00) | ITS0303 | | $42.76 |
| 3/3/2007 12:10:27 AM | AMSERVICE | Inmate Co-pay | ($2.00) | GICD0307 | | $45.76 |
| 3/3/2007 12:10:27 AM | AMSERVICE | Debt Encumbrance - Released | $0.24 | GICD0307 - 377 | | |
| 3/3/2007 12:10:27 AM | AMSERVICE | Debt Encumbrance - Released | $1.76 | GICD0307 - 373 | | |
| 3/2/2007 6:13:07 PM | AMService | Phone Withdrawal | ($4.00) | ITS0302 | | $47.76 |
| 3/2/2007 3:14:35 PM | AMSERVICE | Debt Encumbrance | ($0.24) | GICD0307 - 377 | | |
| 3/2/2007 3:14:35 PM | AMSERVICE | Western Union | $50.00 | 33311007 | | $51.76 |
| 3/2/2007 11:53:44 AM | OTV3678 | Debt Encumbrance | ($1.76) | GICD0307 - 373 | | |
| 2/26/2007 6:27:17 PM | AMService | Phone Withdrawal | ($2.00) | ITS0226 | | $1.76 |
| 2/23/2007 4:41:19 PM | AMService | Phone Withdrawal | ($4.00) | ITS0223 | | $3.76 |
| 2/21/2007 6:25:59 PM | AMService | Phone Withdrawal | ($3.00) | ITS0221 | | $7.76 |
| 2/20/2007 6:24:41 PM | OTV7511 | Sales | ($5.25) | 36 | | $10.76 |
| 2/18/2007 11:19:55 AM | AMService | Phone Withdrawal | ($3.00) | ITS0218 | | $16.01 |
| 2/17/2007 1:30:50 PM | AMService | Phone Withdrawal | ($2.00) | ITS0217 | | $19.01 |
| 2/16/2007 11:22:26 AM | OTV3400 | Sales | ($3.40) | 39 | | $21.01 |

1 2 3 4 5