UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                       )
UNITED STATES OF AMERICA               )
                                       )    CRIMINAL NO.
v.                                     )    3:02-cr-00162-SRU
                                       )
HECTOR SANTIAGO                        )    U.S. COURT OF APPEALS
_____)     NO. 02-cr-162

## INDEX TO THE RECORD ON APPEAL

Certified copy of the Docket Sheet                                    ___ Pages

                                                                      **Document No.**

| | |
|---|---|
| Indictment, doc. #1, filed June 4, 2002 | 1 |
| Verdict Form, doc. # 26, filed Oct. 1, 2002 | 2 |
| Defendant's Sentencing Memorandum, doc. #31, filed Feb. 28, 2003 | 3 |
| Judgment, doc. #33, filed Mar. 4, 2003 | 4 |
| Motion for Post-Crosby Proceeding on Remand, doc. #47, filed Oct. 11, 2005 | 5 |
| Government's Sentencing Memorandum, doc. # 50, filed Nov. 2, 2005 | 6 |
| Defendant's Sentencing Memorandum, doc. #53, filed Dec. 8, 2005 | 7 |
| Decision and Order, doc. #54, filed Dec. 8, 2005 (Underhill, J.) | 8 |
| Mandate of USCA, doc. #55, filed Sept. 29, 2006 | 9 |
| Decision and Order, doc. #60, filed Apr. 24, 2007 (Underhill, J.) | 10 |
| Notice of Appeal, doc. #61, filed May 2, 2007 | 11 |
| Notice of Appeal, doc. #62, filed May 7, 2007 | 12 |
| Clerk's Certificate | 13 |