UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | 3:02-cr-00162-SRU |
| ) | |
| v. ) | U.S. COURT OF APPEALS |
| ) | NO. 07-1890-cr |
| HECTOR SANTIAGO ) | |
| ) | Dated: October 2, 2007 |

**MOTION FOR ORDER OF DISCLOSURE OF PRESENTENCE REPORT TO
DEFENDANT'S COUNSEL FOR APPEAL**

Defendant Hector Santiago ("Defendant"), by his appellate counsel, moves that this Court order that the U.S. Probation Office provide to Defendant's appellate counsel a copy of the presentence report, and any objections or addenda thereto. As grounds for this motion, counsel represents the following.

1. Counsel is a member of the CJA Panel for the Court of Appeals for the Second Circuit and was appointed to represent Defendant in his most recent appeal. Attached to this motion is a copy of the scheduling order in which counsel received his appointment.

2. Counsel did not represent Defendant during the proceedings prior to the appeal, held before this Court.

3. Counsel is in the process of gathering documentation concerning this matter but has learned from trial counsel, David Samel, that he no longer possesses the presentence report and related documents.

4. Accordingly, to fulfill his duties for the appeal, counsel is in need of a copy of the presentence report, including any objections or addenda thereto, directly from the U.S. Probation Office.

     5.     Counsel has conferred with Asst. U.S. Attorney Robert Spector, and Assistant Spector has no objection to this motion.

     WHEREFORE, Defendant respectfully requests that the Court order that the U.S. Probation Office provide counsel with a copy of the presentence report, including any objections or addenda thereto.

                                   HECTOR SANTIAGO

Dated: October 2, 2007              By __/s/Charles F. Willson/s/__
                                     Charles F. Willson, Esq.
                                     Attorney for Hector Santiago
                                     NEVINS & NEVINS LLP
                                     102 Connecticut Blvd.
                                     P. O. Box 280658
                                     East Hartford, CT  06128
                                     Telephone (860) 289-4455
                                     Facsimile (860) 289-8968

## **CERTIFICATION OF SERVICE**

     This is to certify that on October 2, 2007, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of this motion.

__/s/Charles F. Willson/s/__
Charles F. Willson

# UNITED STATES COURT OF APPEALS
## SECOND CIRCUIT
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
212-857-8500

DENNIS JACOBS
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

UNITED STATES OF AMERICA,

        *Appellee*,

v.

HECTOR SANTIAGO,

        *Defendant-Appellant*.

Docket No.: 07-1890-cr



FILED JUL 2... 2007

## CJA CRIMINAL APPEAL SCHEDULING ORDER # 2
### ADDRESS ALL INQUIRIES TO (212) 857-8515

    The Court having appointed **Charles F. Willson, Esq.** as counsel for the defendant-appellant, , pursuant to the Criminal Justice Act, and the Court noting that the notice of appeal was filed on **May 2, 2007**.

    IT IS HEREBY ORDERED that the court reporter shall file with the Clerk of the District Court within 30 days from receipt of the transcript order those transcripts ordered pursuant to FRAP 10(b)(1). Any motions by the court reporter to extend the time to file the transcripts shall be made no less than seven (7) days before the transcripts are due, unless exceptional circumstances exist.

    IT IS FURTHER ORDERED that counsel shall forward a copy of any amendment, correction, or supplement to the initial transcript order to this Court and to the Clerk of the District Court forthwith.

RECEIVED JUL - 6 2007 NEVINS & NEVINS LLP

USA v. Hector Santiago, 07-1890-cr
Page 2

IT IS FURTHER ORDERED that within ten (10) days of the filing of the notice of appeal, counsel shall take such steps as may be necessary to enable the Clerk of the District Court to assemble and transmit the record which shall be filed on or before Aug. 20, 2007. The documents constituting the record on appeal shall not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that ten (10) copies of the appellant's brief and joint appendix be served and filed on or before **September 10, 2007.**

IT IS FURTHER ORDERED that the appendix, in addition to whatever else it includes, shall include copies of the District Court docket entries, the indictments, the charge to the jury, the judgment of convictions and opinion of the Court below; and

IT IS FURTHER ORDERED that if such brief or joint appendix is not filed by the date set, the appeal shall be dismissed forthwith.

IT IS FURTHER ORDERED that the United States shall serve and file ten (10) copies of its brief on or before **October 11, 2007** except that a response to a brief filed pursuant to *Anders v. California*, 386 U.S. 738 (1967) shall be served and filed in lieu of a brief by not later than **September 24, 2007.**

IT IS FURTHER ORDERED that any counsel appointed pursuant to the Criminal Justice Act shall submit a completed voucher (CJA-20) by not later than 45 days after final disposition of the appeal.

IT IS FURTHER ORDERED that the United States may, without further order of the Court, file ten (10) copies of an appendix to its brief.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard as early as the week of **November 26, 2007** except that an appeal in which an *Anders* brief has been filed shall be ready to be heard immediately following the receipt of the response of the appellee. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by:

Arthur M. Heller
Motions Staff Attorney

JUL 2 2007
_____
Date