# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
**CLERK OF COURT**

Date: OCT 31 2007

Docket Number: 07-1975-pr

Short Title:    Santiago v. USA

DC Docket Number: 06-cv-1969

DC:    CONNECTICUT (NEW HAVEN

DC Judge: Honorable Stefan Underhil

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st    day of October,  two thousand seven.

Hector  Santiago,

Petitioner-Appellant,

v.

USA,

Respondent-Appellee.



The *Civil Appeals  Management Plan* of this court directs that within ten (10) days after filing a Notice of Appeal, the appellant shall, <u>inter</u> alia,  either pay the docketing fee or move for leave to proceed *in forma pauperis*, and that in the event of default of this requirement  the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is **ORDERED** that the appeal from the order of April 24, 2007 United States District Court for the District of Connecticut at New Haven be, and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court:
Catherine O'Hagan Wolfe, Clerk

By: _____
Yolanda  Siders, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

Certified:    OCT 3 1 2007