**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBERTA D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 16, 2008

Francis O'Reilly, Esq.
O;Reilly & Shaw
167 Old Post Road
Southport, CT 06490

      Re: Case Name: USA v Hector Santiago
           Number: 3:02cr162 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

      Defendant's Exhibits A,C,E,G,K,S

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                          Sincerely,

                          Roberta D. Tabora, Clerk

                          BY ___/S/_____
                              AliceMontz
                              Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____