**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBERTA D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 16, 2008

Robert M. Spector
United States Attorney's Office
450 Main Street
Hartford, CT

Re: Case Name: USA v Hector Santiago
Number: 3:02cr162 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Joint Exhibit 1A

Please acknowledge receipt of the exhibit on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Roberta D. Tabora, Clerk

BY ___/s/_____
AliceMontz
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____