**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**ROBERTA D. TABORA**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

January 16, 2008

Jason P. Gladstone
Gladstone, Selig & Harrington LLC
125 Main Street, Suite 440
Westport, CT 06880

   Re: Case Name: USA v Daniel Heredia
      Number: 3:00cr227 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

  Defendant's Exhibits A & B

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Roberta D. Tabora, Clerk

        BY ____/s/_____
         Alice Montz
         Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: _____